## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES GILLETTE and ERICA MICHALIGA, | |
| Plaintiffs, | CIVIL ACTION NO. 3:11-CV-658 |
| v. | (JUDGE CAPUTO) |
| MARK A. CIAVARELLA, JR., MICHAEL T. CONAHAN, COUNTY OF LUZERNE, GREG SKREPENAK, TODD VONDERHEID, SAM GUSTO, SANDRA BRULO, LUZERNE COUNTY DEPARTMENT OF JUVENILE PROBATION, ROBERT J. POWELL, ROBERT MERICLE, PA CHILD CARE, MERICLE CONSTRUCTION, INC., PA CHILD CARE, LLC, WESTERN PA CHILDCARE, LLC, MID-ATLANTIC CHILD YOUTH SERVICES, LLC, POWELL LAW GROUP, P.C., BARBARA CONAHAN, CINDY CIAVARELLA, PINNACLE GROUP OF JUPITER, LLC, GREGORY ZAPPALA, BEVERAGE MARKETING OF PA, INC., and JOHN DOE, ESQUIRE, | |
| Defendants. | |

## ORDER

**NOW**, this   31st   day of January, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendant Mark Ciavarella's Motion to Dismiss (Doc. 3) is **GRANTED in part** and **DENIED in part**. As to judicial immunity for the courtroom adjudications and sentences imposed, the motion is **GRANTED**. As to the remainder, the motion is **DENIED.**

(2) Defendant Western PA Child Care, LLC's Motion to Dismiss (Doc. 6) is **GRANTED in part** and **DENIED in part.** As to the claims of a violation of Pennsylvania law under 42 U.S.C. § 1983, the motion is **GRANTED**. As to the remainder, the motion is **DENIED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge